# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

---

No. 96-60653

---

AMOCO PRODUCTION COMPANY,

                                                                            Petitioner,

versus

ROBERT S. DAVIES; DIRECTOR, OFFICE OF
WORKERS' COMPENSATION PROGRAMS;
U. S. DEPARTMENT OF LABOR,

                                                                            Respondents.

---

On Petition for Review from the Benefits Review Board
(94-0745A)

---

September 8, 1997

Before POLITZ, Chief Judge, BENAVIDES and PARKER, Circuit Judges.

PER CURIAM:[*]

    This matter is before the court on petition for review of a statutory lack of

action affirmance by the Benefits Review Board of the award by the Administrative

---

    [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Law Judge to Robert S. Davies under the Longshore and Harbor Workers' Compensation Act. Considering the briefs and oral arguments of counsel and pertinent parts of the record, and finding no reversible error, the petition for review is DENIED.